1  Daniel M. Cislo, Esq., No. 125,378
       *dancislo@cislo.com*
2  Sean D. O'Brien, Esq., No. 238,418
       *sobrien@cislo.com*
3  CISLO & THOMAS LLP
   1333 2nd Street, Suite 500
4  Santa Monica, California 90401-4110
   Telephone:  (310) 451-0647
5  Telefax:  (310) 394-4477

6  Attorneys for Plaintiff,
   ALACER CORP.
7

8

9  Brian A. Coleman, Esq., *admitted pro hac vice*
       *Brian.Coleman@dbr.com*
10 DRINKER BIDDLE & REATH LLP
   1500 K Street, N.W.
11 Washington, DC 20005-1209
   Telephone:  (202) 842-8868
12 Telefax:  (202) 842-8465

13 Sandra L. Weiherer, Esq., No. 208,354
       *Sandra.Weiherer@dbr.com*
14 DRINKER BIDDLE & REATH LLP
   333 S. Grand Avenue, Suite 1700
15 Los Angeles, California 90071-1504
   Telephone:  (213) 253-2300
16 Telefax:  (213) 253-2301

17 Attorneys for Defendant,
   COTT BEVERAGES INC.

18
19              **UNITED STATES DISTRICT COURT**
20              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALACER CORP., a California corporation, | CASE NO. SACV07-1433 DOC (ANx) |
| Plaintiff, | [Hon. David O. Carter] |
| vs. | **ORDER APPROVING STIPULATED PROTECTIVE ORDER** |
| COTT BEVERAGES INC., a Georgia corporation, | |
| Defendant, | NOTE: CHANGES MADE BY THE COURT |
| and related counterclaims. | |

1   **FOR GOOD CAUSE SHOWN,** the foregoing Protective Order, requested
2   by stipulation of the parties, is hereby entered.

4   Documents subject to this order may be filed under seal only by specific
5   order of the Court. If a party desires to file a document subject to this order under
6   seal, the party shall submit a stipulation signed by all parties explaining specifically
7   what documents are at issue and why they deserve heightened protection from
8   disclosure.  If the parties are unable to reach a stipulation, the party desiring the file
9   under seal may submit an *ex parte* application, explaining both why the Court
10  should allow the filing to be under seal and also why the parties were unable to
11  reach a stipulation.  Only in exceptional circumstances will the Court allow briefs
12  to be filed under seal.

14  **IT IS SO ORDERED**.

16  Date: June 18, 2008

    _____
    Hon. David O. Carter
    United States District Judge

19  T:\07-20431\Order Approving Stipulated Protective Order.DOC

2